affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch and McAvoy, JJ.

ARDSMORE ESTATES, INC., Respondent, v. REALTY RETURN CORPORATION and Others, Defendants. (MAXWELL P. BROWN, Appellant.) — Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

ISEDOR GOLDSMITH and Others, Appellants, v. THOMAS ROONEY, Individually and as Secretary-Treasurer of the Teamsters, Chauffeurs and Helpers Union Local No. 816, Respondent, Impleaded with Another.— Order reversed, with ten dollars costs and disbursements, and motion granted to the extent of restraining the defendants from calling or threatening to call a strike against any firm about to sell and deliver goods to the plaintiffs, from intimidating or threatening to call a strike against customers of plaintiffs with a view to preventing them from continuing to deal with the plaintiffs, and from resorting to coercion and use of force upon the plaintiffs, their employees, their customers and merchants who would deal with them. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

SADIE WALLACK v. HAROLD WALLACK.— Motion to dismiss appeal granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

OSMOND LEOPOLD KIRVEN v. GERTRUDE KIRVEN.— Motion to dismiss appeal granted, with ten dollars costs, unless the appeal be diligently prosecuted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

DOROTHY SHERMAN v. HAROLD SHERMAN.— Motion to dismiss appeal granted, without costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

DOROTHY SHERMAN v. HAROLD SHERMAN.— Motion to dismiss appeal granted, without costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

In the Matter of the Application of THE CITY OF NEW YORK, Relative to Acquiring Title, etc., to the Real Property Required for Additions to Inwood Hill Park and Isham Park, in the Borough of Manhattan, City of New York.— Motion granted. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

AMERICAN EMPLOYMENT EXCHANGE, INC., v. ANNE BACON.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

NATHAN ZOLUB v. BENJAMIN STICH.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

LENA ZOLUB v. BENJAMIN STICH.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

BANKERS TRUST COMPANY v. FLOYD R. GILFOIL.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

JOHN HEZEKIAH LEVY, on Behalf of Himself and All Other Stockholders of the GUILD PUBLISHING CORPORATION v. MAURICE FRYEFIELD and Others.— Motion

to dismiss appeal granted, with ten dollars costs.  Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

JOHN HEZEKIAH LEVY, on Behalf of Himself and All Other Stockholders of the GUILD PUBLISHING CORPORATION v. MAURICE FRYEFIELD and Others, Impleaded with JOACHIM BERNADI.— Motion to dismiss appeal granted, with ten dollars costs.  Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

THE LEHIGH VALLEY RAILWAY COMPANY v. AMERICAN RADIATOR COMPANY.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure appellant's points to be filed on or before November 14, 1930.   Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

In the Matter of the Application of SIMONE MINGIONE against THE DEPARTMENT OF HEALTH OF THE CITY OF NEW YORK and Another.— Motion to dismiss appeal granted, with ten dollars costs.  Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

WILLIAM W. BARDSLEY and Others v. MIRONA B. SMITH.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellants procure appellants' points to be filed on or before November 10, 1930.   Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

MONROE REALTY & MORTGAGE CO., INC., v. INDUSTRIAL REDISCOUNT CORPORATION, Impleaded, etc.— Motion to dismiss appeal denied, with ten dollars costs.  Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

DANIEL E. BERGER v. CATHARINE GALLAGHER, as Executrix, etc., of FRANK A. GALLAGHER, Deceased, and Others.— Motion to dismiss appeal denied.   Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

NELVAN CONSTRUCTION CORPORATION v. SANKA REALTY CORPORATION.— Motion to dismiss appeal granted, with ten dollars costs.  Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

OSCAR DANIELS COMPANY v. J. C. BROWNSTONE & COMPANY and Others.— Motion to dismiss appeal granted, with ten dollars costs.  Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

ROYAL INDEMNITY COMPANY v. ABRAHAM HELLER and Others.— Motion to dismiss appeal denied.   Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

PROGRESS CLUB v. T. A. GILLESPIE COMPANY, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellant procure the record on appeal to be filed on or before November 10, 1930.   Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

ARTHUR T. FALLON v. WILLIAM M. BARRETT, as President of the ADAMS EXPRESS COMPANY, and Another.— Motion to dismiss appeal granted, with ten dollars costs.   Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK by JAMES A. BEHA, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Liquidate the Business of the LINCOLN AUTO MUTUAL CASUALTY CORPORATION.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellant procure the record on appeal to be filed on or before November 20, 1930.   Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

WALTER W. SMITH v. BENJAMIN NANNEN.— Motion to dismiss appeal granted,